# CRIMINAL DOCKET
## SEALED

No. **19 CR 832**

HOUSTON DIVISION

USAO Number: 2019R07655

Magistrate Number:

CRIMINAL INDICTMENT     Filed 11/14/2019     Judge: Hanks

UNITED STATES of AMERICA
VS.

**ATTORNEYS:**
RYAN K. PATRICK, USA     (713) 567-9000

AUSAs: ALAMDAR S. HAMDANI, ARTHUR R. JONES, & SHARAD KHANDELWAL  713-567-9000

|  | Appt'd | Private |
|---|---|---|
| GERALD M. GOINES (1-7) | ☐ | ☐ |
| STEVEN O. BRYANT (8) | ☐ | ☐ |
| PATRICIA ANN GARCIA (9) | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

**CHARGE:**
(TOTAL)
(COUNTS:)
( 9 )

Cts. 1 & 2: Deprivation of Rights Under Color of Law [18 USC §§ 242 and 2]

Cts. 3, 4 & 8: Destruction, Alteration, or Falsification of Records in Federal Investigations and Bankruptcy [18 USC §§ 1519 and 2]

Cts. 5-7: Tampering with a Witness, Victim, or an Informant [18 USC §§ 1512(c)(2) and 2]

Ct. 9: False Information and Hoaxes [18 USC §§ 1038(a)(1) and 2]

**PENALTY:**
Cts. 1 & 2: up to life imprisonment; $250,000 fine; $100.00 special assesment.
Cts. 3-8: not more than 20 years imprisonment; $250,000 fine; $100.00 special assesment.
Ct. 9: 5 years imprisonment; $250,000 fine; $100.00 special assesment.

☐ In Jail
☐ On Bond
☑ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**