UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
**FILED**

NOV 14 2019

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CRIMINAL NO. **19 CR 832** |
| v. | § § | |
| GERALD M. GOINES | § | |
| STEVEN O. BRYANT | § | |
| PATRICIA ANN GARCIA | § | **UNDER SEAL** |

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

## MOTION TO SEAL INDICTMENT, ENTER WARRANT IN NCIC

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW** the United States of America, by and through its United States Attorney, Ryan K. Patrick, and Arthur R. Jones, Assistant United States Attorney for the Southern District of Texas and respectfully makes the following requests:

I.

The United States respectfully requests the Court to seal the Indictment in the above case. The United States further moves that this Motion and the accompanying Order be sealed until any of the above defendants have been arrested, at which time the Indictment, Motion and Order will automatically be unsealed only as to the arrested defendant, without further order of the Court.

II.

The United States also respectfully requests the Court to enter an order directing the United States Marshal's Service for the Southern District of Texas to enter the Warrant for Arrest for any of the above defendant(s) indicted in this case into the National Crime Information Center (NCIC) database upon the oral or written request of any Assistant United States Attorney for the Southern

District of Texas.

III.

The United States further requests that the United States District Clerk provide copies of any documents relating to the above Indictment, including certified copies of the Indictment and Arrest Warrant(s), to the United States Attorney's Office for the Southern District of Texas and the investigating law enforcement agency upon their request and without further order of the Court.

                Respectfully submitted,

                RYAN K. PATRICK
                United States Attorney

By: _____
       ARTHUR R. JONES
       Assistant United States Attorney
       Federal Bar No. 32963
       Texas Bar No. 24051986
       1000 Louisiana Street, Suite 2300
       Houston, Texas 77002
       Phone: 713-567-9357
       Fax: 713-718-3305