UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
November 14, 2019
David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § § § v. § § PATRICIA ANN GARCIA § § § § § § § § § § § § § | CRIMINAL NO: SEALED  19 CR 832  **Sealed** Public and unofficial staff access to this instrument are prohibited by court order. |

### ORDER FOR ISSUANCE OF BENCH WARRANT

A  CRIMINAL INDICTMENT  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

PATRICIA ANN GARCIA

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on November 14, 20 19.

UNITED STATES MAGISTRATE JUDGE