2/25/2019           1                                       P1

THE STATE OF TEXAS

COUNTY OF HARRIS

## SEARCH WARRANT
{Article 18.02(1)-(9), Texas Code of Criminal Procedure}

The State of Texas: To the Sheriff or any Peace Officer of Harris County, Texas, or any Peace Officer of the State of Texas:

   Whereas, the affiant whose name appears on the affidavit attached hereto is a peace officer under the laws of Texas and did heretofore this day subscribe and swear to said affidavit before me, and whereas I find that the verified facts stated by affiant in said affidavit show that affiant has probable cause for the belief he/she expresses herein and establishes existence of proper grounds for issuance of this Warrant;

   Now, therefore, you are commanded to enter the suspected place, vehicles, and premises described in said affidavit, to-wit: a one story residence located at "7815 Harding street". Said suspected place is described as: a one story residence located in the 7800 block of Harding street. The location is located in Houston, Harris County, Texas. Said location is better described as a one story residence constructed of wood. The residence is tan in color with white trim. The residence in question is located on the north side of Harding street between the intersections of Berkley and Fennell. The front door is white in color and faces south. The numbers "7815" are plainly displayed on the residence in question. The location in question is located in the 7800 block of Harding street, Houston, Harris County, Texas.

   At said places you shall search for and, if same be found, seize and bring before me the property described in the affidavit that the suspected party, or others in control of the suspected place, are alleged to be concealing and to have in his/her possession in violation of the laws of the State of Texas, to-wit: heroin.

   I further find that affiant has established sufficient reason to believe that to knock and announce their purpose by the officers executing this warrant would be futile, dangerous, and otherwise inhibit the effective investigation of the offense or offenses related to the purpose of this warrant. Therefore, unless circumstances to the contrary are discovered prior to entry, you are hereby authorized to dispense with the usual requirement that you knock and announce your purpose before entering the suspected place to execute this warrant.



GOVERNMENT EXHIBIT 2

7815 Harding st [page 1 of 5]

A00010

2/25/2019                                    1

P2

    Herein fail not, but have you then and there this Warrant within three days exclusive of the day of its issuance and the day of its execution, with your return thereon, showing how you have executed same.

Issued this the 28th day of January, 2019, at __1:37__ o'clock __P__. M., to certify which witness my hand this day.

[Municipal Court seal, Houston, Texas]

HARRIS COUNTY, TEXAS

Gordon G. Marcum II
Presiding Judge
Houston Municipal Court #13

7815 Harding st [page 2 of 5]

A00011