2/26/2019                    52

P2

# What is the name of your C.I. that you used for 7815 Harding?

GERALD
GOINES

———

THERE WAS
NO CONFIDENTIAL
INFORMANT

1-27-2019
THE DATE
ON THE
AFFIDAVIT

EVENING



GOVERNMENT EXHIBIT 3

A00002

2/26/2019                    52                                    P7

# What did you buy at 7815 Harding and where did you put it?

TWO BAGGIES
OF HEROIN

I BELIEVE I
TAG IT

A00003

2/26/2019                     52

P6

# How was the narcotics packaged?

POWDERY SUBSTANCE
TWO SMALL BAGGIES

DON'T RECALL

A00004

2/26/2019       52                 P3

# Do you have a case file for 7815 Harding?

All notes are on HPD computer system

A00005



A00006

2/26/2019                    52                                         P8

DID I NOT
TAG THE
EVIDENCE

THEN YES IT
WOULD HAVE
BEEN WHAT I
PURCHASE FROM
THE RESIDENCE

2/26/2019                    52

P5

I SCREW UP BECAUSE
I MADE A BUY WITHOUT
THE CORRECT MAN POWER OUT
THERE. I KNEW WHEN
I BOUGHT FROM HIM
HE WOULD BE STILL IN
POSSESSION.

I MADE THE PURCHASE
BY MY SELF

I WAS LOOKING TO
BUY FROM A FEMALE

I BOUGHT FROM THE
MALE.

I HAD INFO REGARDING
PEOPLE AT THE RESIDENCE

I'M NOT SURE IF
THE GUY I BOUGHT
FROM WAS MALE LISTED
IN INFO.

A00008

2/26/2019                    52

                                                    P4

OFFICER BRYANT NEVER
OBSERVE THE NARCOTIC
WHICH WAS PURCHASE FROM
THE RESIDENCE.

I PLACED THAT STATMENT IN
THE AFFIDIT.

I APoli

I Apoli