UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.   Case Number: 4:19–cr–00832

Patricia Ann Garcia

# NOTICE OF RESETTING

**A proceeding has been reset in this case as to Patricia Ann Garcia as set forth below.**

**Before the Honorable Dena Hanovice Palermo**

**PLACE:**
Courtroom 702
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 2/28/2020

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Bond Revocation Hearing

Date: February 13, 2020                                                       David J. Bradley, Clerk