UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. H-19-CR-832 |
| | § | |
| GERALD M. GOINES | § | |
| STEVEN O. BRYANT | § | |
| PATRICIA ANN GARCIA | § | |

**ORDER SETTING STATUS CONFERENCE**

On this day, the Court considered the parties' February 25, 2021, joint status report, and accordingly, under 18 U.S.C. § 3161(h)(7)(B)(i) & (ii), which constitutes excludable time under the Speedy Trial Act, it is ordered that a status conference be scheduled for _____.

Dated this _____ day of _____, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE