**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

UNITED STATES OF AMERICA

v.                                    Case Number: 4:19−cr−00832

Patricia Ann Garcia

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

George C Hanks, Jr

**PLACE:**
by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 3/9/2021

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:     February 25, 2021

Nathan Ochsner, Clerk