UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:19-CR-832-3 |
| | § | |
| PATRICIA ANN GARCIA | § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count(s) 9, a presentence report is ordered.

1. By **April 27, 2021,** the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By **May 11, 2021,** counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By **May 25, 2021,** the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for **June 8, 2021 at 10:45 AM** (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. A defendant who is on bond must go immediately-with a copy of this order-to:

   United States Probation Department
   Room 2301, 515 Rusk Avenue, Houston, TX 77002
   Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

SIGNED at Houston, Texas, this 9th day of March, 2021.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE