# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**UNITED STATES OF AMERICA**

**V.**                                                            **CR. NO. H-19-832**

**PATRICIA GARCIA**

### STATEMENT CONCERNING PRESENTENCE REPORT

The defendant, Patricia Garcia, through her attorney, the Federal Public Defender, states, pursuant to Local Rule 32.6, Southern District of Texas, and Federal Rule of Criminal Procedure 32, that she has no objections to the presentence report.

        Respectfully submitted,

        By s/ Marjorie A. Meyers
        MARJORIE A. MEYERS
        Federal Public Defender
        Southern District of Texas No. 3233
        Texas State Bar No. 14003750
        Attorney for Defendant
        440 Louisiana, Suite 1350
        Houston, TX   77002-1056
            Telephone:  713.718.4600
            Fax:             713.718.4610

## **CERTIFICATE OF SERVICE**

I, MARJORIE A. MEYERS, certify that on May 14, 2021, a copy of the foregoing Statement Concerning Presentence Report was served by Notification of Electronic Filing on Assistant United States Attorneys Arthur Jones and Alamdar Hamdani and United States Probation Officer Melissa Montes.

s/ Marjorie A. Meyers
MARJORIE A. MEYERS
