# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Case Number: 4:19–cr–00832

Patricia Ann Garcia

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Patricia Ann Garcia as set forth below.**

**Before the Honorable George C Hanks, Jr**

**PLACE:**
by video

**DATE:** 6/8/2021

**TIME:** 10:45 AM

**TYPE OF PROCEEDING:** Sentencing

Date: June 7, 2021                                              Nathan Ochsner, Clerk