# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.   Cr. No. H-19-0832

PATRICIA ANN GARCIA

## NOTICE OF APPEAL

The defendant, Patricia Ann Garcia, through her attorney, the Federal Public Defender, hereby appeals from the judgment of conviction and sentence imposed on June 8, 2021, in the above styled matter to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

By s/Marjorie A. Meyers
MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas No. 3233
Texas State Bar No. 14003750
Attorney for Defendant
440 Louisiana Street, Suite 1350
Houston, Texas 77002-1056
    Telephone:  713.718.4600
    Fax:             713.718.4610

## **CERTIFICATE OF SERVICE**

I certify that on June 9, 2021, a copy of the Notice of Appeal was served by Notice of Electronic Filing to the office of the United States Attorney at 1000 Louisiana Street, Suite 2300, Houston, Texas 77002.

s/ Marjorie A. Meyers
MARJORIE A. MEYERS
