UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CRIMINAL NO. H-19-CR-832-1 |
| GERALD M. GOINES | § | |

### ORDER SETTING STATUS CONFERENCE

On this day, the Court considered the parties' September 3, 2021, joint status report, and accordingly, under 18 U.S.C. § 3161(h)(7)(B)(i) & (ii), which constitutes excludable time under the Speedy Trial Act, it is ordered that a status conference be scheduled for _____.

Dated this _____ day of _____, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE